Janet A. Lawson #107321
3639 East Harbor Blvd. #209
Ventura CA 93001
(805) 985-1147
(805) 658-2302
jlawsonlawyer@gmail.com
Attorney for: Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In Re: DANIEL R. MARTIN | Case No. ND08-11946-RR |
| | Adv. No. |
| DANIEL R. MARTIN<br>Plaintiff,<br>vs<br>CONTINENTAL CURRENCY SERVICES INC.,<br>Defendant. | COMPLAINT SEEKING GENERAL, SPECIAL AND PUNITIVE DAMAGES, ATTORNEYS FEES FOR VIOLATION OF THE AUTOMATIC STAY |

## I

### JURISDICTION AND VENUE

1. This is an action by the debtor seeking general, special and punitive damages from this Court as well as attorneys fees, and costs for violation of the automatic stay.

2. Jurisdiction is conferred on this court pursuant to the provisions of Section 1334 of Title 28 of the United States Code in that this case arises in and is related to the above captioned Chapter 7 case. It is a core proceeding.

3. This Court has both personal and subject matter jurisdiction pursuant to Sections 1334 and 157(b) of Title 28 of the United States Code, the operative referral order, and the Bankruptcy Amendments and

Federal Judgeship Act of 1984.

4. Venue lies in this District and Division pursuant to Section 1391(b) of Title 28 of the United States Code.

## II

## PARTIES

5. Plaintiff Daniel R. Martin is a debtor in the underlying chapter 7 case, Case No. 9:08-bk-11946-RR.

6. Plaintiff alleges, based on information and belief, that defendant Continental Currency Services Inc. is what is commonly referred to as a "payday lender."

## III

## FIRST CLAIM FOR RELIEF

## BANKRUPTCY FRAUD

7. Plaintiff filed his Chapter 7 bankruptcy petition on 8/13/2008. He did not list Continental Currency Services Inc. as a creditor on his original Schedule F. Plaintiff amended his Schedule F to add Continental Currency Services Inc. 8/21/2008.

8. Sometime after the bankruptcy petition was filed Continental Currency Services Inc. cashed a post dated check it had taken from Plaintiff pre-petition in the amount of $205.88. Debtor's counsel wrote Continental Currency Services Inc. on September 8, 2008 requesting that the money be returned to Plaintiff, (Exhibit A).

9. The money was not returned to Plaintiff and a second letter was written on October 17, 2008 demanding the return of the money, (Exhibit B). That letter was sent via certified mail, return receipt requested. Mike Spencer signed for it on 10/20/2008, (Exhibit C).

10. On 10/31/2008 counsel for plaintiff returned the phone call from a person who identified himself as "Terrence" from Continental Currency Services Inc. "Terrence" clearly stated during that phone call that the money would not be returned to Plaintiff.

## IV

## DAMAGES

11. The refusal to return the money is a clear violation of the automatic stay. Plaintiff has tried to

1 | resolve the violation by making reasonable requests that the money be returned. Defendant has wrongfully refuse to remedy that which was probably an inadvertent violation of the automatic stay. The violation is now "willful" within the meaning of the bankruptcy code.

12. Plaintiff is entitled to general, special and punitive damages in addition to attorneys fees and costs.

Dated: November 12, 2008

_____
Janet A. Lawson, Attorney for Plaintiff

# Exhibit A

Janet A. Lawson, Attorney
3639 East Harbor Blvd. #209, Ventura, CA 93035
(805) 985-1147   (805) 658-1302 (fax)
jlawsonlawyer@gmail.com

---

September 8, 2008

Continental Currency Services Inc.
67 W. Main Street
Ventura CA 93001

Continental Currency Services Inc.
1108 E. 17th Street
Santa Ana, CA 92701

      RE:   Daniel R. Martin
            Bankruptcy Case No. 08-11946

Dear Continental Currency Services:

You were listed on an amended Schedule F in this case. Despite this you cashed a post dated check from my client in the amount of $205.88. You have 10 calendar days to return the money to my client. Cashing that check was a violation of the automatic stay protections of bankruptcy court. Please do not make me file an action against you.

Sincerely,

Janet A. Lawson

Exhibit B

**Janet A. Lawson, Attorney**
**3639 East Harbor Blvd. #209, Ventura, CA 93035**
**(805) 985-1147    (805) 658-1302 (fax)**
<u>jlawsonlawyer@gmail.com</u>

---

October 17, 2008

Continental Currency Services Inc.
C/O Fred Kunik
1108 East 17th Street
Santa Ana, CA 92701

      Re: Daniel R. Martin
        Bankruptcy Case No. 08-11946

Dear Mr. Kunik:

In violation of the automatic stay, (11 U.S.C.§ 362), Continental Currency Services, Inc. cashed a post dated check in the amount of $205.88 from my client. The violation probably was inadvertent, however it has not been remedied.

This is my second and last request for a refund. Enclosed is a copy of my letter dated 9/8/2008 and the Amended Schedule F listing Continental Currency Services, Inc. as a creditor. Please send the refund check made payable to Mr. Martin to my office.

If this is not done by the end of the month I will filed an adversary proceeding against Continental Currency Services, Inc. Seeking not only the $205.88 but my attorney fees, costs and punitive damages, (11 U.S.C.§ 362(k)).

Sincerely,

*[signature]*

Janet A. Lawson

**Janet A. Lawson, Attorney**
3639 East Harbor Blvd. #209, Ventura, CA 93035
(805) 985-1147    (805) 658-1302 (fax)
jlawsonlawyer@gmail.com

---

September 8, 2008

Continental Currency Services Inc.
67 W. Main Street
Ventura CA 93001

Continental Currency Services Inc.
1108 E. 17th Street
Santa Ana, CA 92701

      RE:   Daniel R. Martin
             Bankruptcy Case No. 08-11946

Dear Continental Currency Services:

You were listed on an amended Schedule F in this case. Despite this you cashed a post dated check from my client in the amount of $205.88. You have 10 calendar days to return the money to my client. Cashing that check was a violation of the automatic stay protections of bankruptcy court. Please do not make me file an action against you.

Sincerely,

Janet A. Lawson

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                                                  Case No. **08-11946**

**Martin, Daniel R**                                                                          Chapter **7**
_____
         Debtor(s)

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes **✓** No ___

Indicate below which schedule(s) is(are) being amended.

A ___ B ___ C ___ D ___ E ___ F **✓** G ___ H ___ I ___ J ___

Statement of Affairs ___ Statement of Intentions ___ Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

*** FOR COURT USE ONLY ***

Date: **August 20, 2008**

Signature: _Daniel R. Martin_
                                                    *Debtor*

Signature: _____
                            *(Joint Debtor, if any)*

B6F (Official Form 6F) (12/07)

IN RE Martin, Daniel R                                                                 Case No. 08-11946
            Debtor(s)                                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Advance America <br> 138 W. Suite B <br> Ventura, CA 93001 | | | Cash Advance | | | | 300.00 |
| ACCOUNT NO. <br> Check Into Cash Of California, Inc. <br> 420 S. Ventura Ave. <br> Oxnard, CA 93030 | | | Cash Advance | | | | 300.00 |
| ACCOUNT NO. <br> Continenntal Currency Services, Inc. <br> 1108 E. 17th Street <br> Santa Ana, CA 92701 | | | Cash Advance | | | | 205.88 |
| ACCOUNT NO. <br> Dollar Smart Money Centers <br> 3530 E. Main St. <br> Ventura, CA 93003 | | | Cash Advance | | | | 300.00 |

_____ continuation sheets attached

Subtotal (Total of this page)    $  1,105.88

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $  1,105.88

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Exhibit C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X MIKE SPENCER  ☐ Agent ☒ Addressee<br>B. Received by (Printed Name): Mike Spencer   C. Date of Delivery: 10-20-08 |
| 1. Article Addressed to:<br>c/o Fred Kunik<br>Continental Currency<br>Services Inc.<br>1108 East 17th St.<br>Santa Ana, CA 92701 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0000 4534 1263 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

FORM B104 (08/07)                                                                              2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Daniel R. Martin | **DEFENDANTS**<br>CONTINENTAL CURRENCY SERVICES, INC. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>JANET A. LAWSON     (805) 985-1147<br>3639 EAST HARBOR BLVD. #209<br>VENTURA CA | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☑ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>VIOLATION OF THE AUTOMATIC STAY | |

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☐ Violation of the stay

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| **Other Relief Sought**<br>VIOLATION OF THE AUTOMATIC STAY | |

FORM B104 (08/07), page 2            2007 USBC, Central District of California

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | BANKRUPTCY CASE NO. |
|---|---|
| DANIEL R. MARTIN | 08-11946 |

| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| CENTRAL | NORTHERN | RIBLET |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |

| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| | | |

**SIGNATURE OF ATTORNEY (OR PLAINTIFF)**: [signature]

**DATE**: 11/13/08

**PRINT NAME OF ATTORNEY (OR PLAINTIFF)**: JANET A. LAWSON

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>JANET A. LAWSON #107321<br>3639 EAST HARBOR BLVD. #209<br>VENTURA CA 93001<br>(805) 985-1147<br>(805) 658-23-2<br>jlawsonlawyer@gmail.com<br><br><br>*Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: DANIEL R. MARTIN<br><br><br>Debtor. | CHAPTER 7<br>CASE NUMBER 08-11946-RR<br><br>ADVERSARY NUMBER |
| DANIEL R. MARTIN<br>Plaintiff(s),<br>vs.<br>CONTINENTAL CURRENCY SERICES, INC.<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** | **Time:** | **Courtroom:** | **Floor:** |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**JON D. CERETTO
Clerk of the Bankruptcy Court**

By: _____
*Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)    **F 7004-1**

Summons and Notice of Status Conference - *Page 2*  **F 7004-1**

| In re DANIEL R. MARTIN | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 08-11946-RR |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

1. I am employed in the County of VENTURA, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:
3639 EAST HARBOR BLVD. #209, VENTURA CA 93001

2. ☐ **Regular Mail Service:** On _____, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as set forth below.

3. ☐ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:

☐ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

_____     _____
*Type Name*                                                *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*     **F 7004-1**