1  Janet A. Lawson #107321
   3639 East harbor Blvd. #209
2  Ventura CA 93009
   (805) 985-1147
3  (805) 658-2302
   jlawsonlawyer@gmail.com
4  Attorney for: Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In Re: DANIEL MARTIN | Case No. ND08-11946 -RR |
| | Adv. No. 9:08-ap-1146-RR |
| DANIEL MARTIN | REQUEST FOR DISMISSAL OF COMPLAINT SEEKING GENERAL, SPECIAL AND PUNITIVE DAMAGES, ATTORNEYS FEES AND COSTS FOR VIOLATING THE AUTOMATIC STAY |
| Plaintiff, | |
| vs | |
| CONTINENTAL CURRENCY SERVICES, INC. | |
| Defendant. | |

Debtor requests that this case be dismissed.

Dated: January 21, 2009

_____
Janet A. Lawson,
Attorney for Debtor and Plaintiff